TOLEDO BAR ASSOCIATION *v.* POTTS.

[Cite as Toledo Bar Assn. *v.* Potts (1984), 9 Ohio St. 3d 89.]

(D.D. No. 83-31—Decided January 25, 1984.)

*Mr. David F. Cooper* and *Mr. Ronald S. Moening,* for relator.
*Mr. Harland M. Britz,* for respondent.

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings and conclusions of the board that respondent violated DR 9-102.

It is the judgment of this court that respondent be suspended from the practice of law for a period of one year.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES and J. P. CELEBREZZE, JJ., concur.

C. BROWN, J., not participating.